UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.

GUARDSMARK, L.L.C. and FORD MOTOR
COMPANY,

        Defendants.
_____/

Case: 2:07-cv-11380
Assigned To: Rosen, Gerald E
Referral Judge: Morgan, Virginia M
Filed: 03-29-2007 At 12:36 PM
CMP EEOC V. GUARDSMARK, ET AL (TAM)

**COMPLAINT AND JURY DEMAND**

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Crissy Barrios, who has been adversely affected by such practices. The EEOC alleges that Defendants, Guardsmark, L.L.C. ("Guardsmark") and Ford Motor Company ("Ford"), intentionally refused to hire Barrios for the position of Shift Supervisor because of her sex, female.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Eastern District of Michigan, Southern Division.

3. Plaintiff, the Equal Employment Opportunity Commission ("EEOC" or "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Guardsmark has continuously been a Delaware limited liability company doing business in the State of Michigan, including but not limited to, the City of Romeo and has continuously had at least 15 employees.

5. At all relevant times, Guardsmark has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

6. At all relevant times, Ford has continuously been a Delaware corporation doing business in the State of Michigan, including but not limited to, the City of Romeo and has continuously had at least 15 employees.

7. At all relevant times, Ford has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

8. More than thirty days prior to the institution of this lawsuit, Crissy Barrios filed charges with the EEOC alleging violations of Title VII by Defendants, Guardsmark and Ford. All conditions precedent to the institution of this lawsuit have been fulfilled.

9. Since March 2005, Guardsmark has engaged in unlawful employment practices at Ford's facility in Romeo, Michigan in violation of Section 703(a), 42 U.S.C. § 2000e-2(a).

2

Guardsmark's unlawful employment practices include intentionally failing or refusing to hire Crissy Barrios as a shift supervisor because of her sex.

10. Since March 2005, Ford has engaged in unlawful employment practices at its facility in Romeo, Michigan in violation of Section 703(a), 42 U.S.C. § 2000e-2(a). Ford's unlawful employment practices include intentionally failing or refusing to hire Crissy Barrios as a shift supervisor because of her sex.

11. The effect of the practices of complained of in paragraphs 9 and 10 above has been to deprive Barrios of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex.

12. The unlawful employment practices complained of in paragraphs 9 and 10 above were and are intentional.

13. As the result of the unlawful employment practices, Barrios has suffered emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life.

14. The unlawful employment practices complained of in paragraphs 9 and 10 above were done with malice or with reckless indifference to the federally protected rights of Barrios.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

a. Grant a permanent injunction enjoining Guardsmark, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of sex.

b. Grant a permanent injunction enjoining Ford, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of sex.

3

c. Order Guardsmark to institute and carry out policies, practices and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

d. Order Ford to institute and carry out policies, practices and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

e. Order Guardsmark to make whole Crissy Barrios by providing appropriate back pay with prejudgement interest, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices complained of in paragraph 9.

f. Order Ford to make whole Crissy Barrios by providing appropriate back pay with prejudgement interest, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices complained of in paragraph 10.

g. Order Guardsmark to make whole Crissy Barrios by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 9 above in amounts to be proven at trial.

h. Order Ford to make whole Crissy Barrios by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 10 above in amounts to be proven at trial.

i. Order Guardsmark to make whole Crissy Barrios by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 9 above, including emotional pain, suffering, inconvenience and loss of enjoyment of life.

j. Order Ford to make whole Crissy Barrios by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 10 above, including emotional pain, suffering, inconvenience and loss of enjoyment of life.

k. Order Guardsmark to pay punitive damages for its malicious or reckless conduct described in paragraph 9 above, in amounts to be proven at trial.

l. Order Ford to pay punitve damages for its malicious or reckless conduct described in paragraph 10 above, in amounts to be proven at trial.

m. Order Guardsmark to provide training for all employees regarding diversity in the workplace and Title VII's prohibitions against sex discrimination.

n. Order Ford to provide training for all employees regarding diversity in the workplace and Title VII's prohibitions against sex discrimination.

o. Grant such further relief as the Court deems necessary and proper in the public interest.

p. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

Dated: 3/29/07

LAURIE A. YOUNG
Regional Attorney

OMAR WEAVER (P58861)
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
DETROIT FIELD OFFICE
Patrick V. McNamara Building
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
Telephone: (313)226-3407

# CIVIL COVER SHEET

County in which this action arose: **MACOMB**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DEFENDANTS
GUARDSMARK, LLC, AND FORD MOTOR COMPANY

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **MACOMB**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Dale Price (P58861) Equal Employment Opportunity Commission
477 Michigan Avenue, 865 Patrick V. McNamara Building
Detroit, MI 48226 (313) 226-3407

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Select One Box Only)

- ☑ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Select One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Case: 2:07-cv-11380
Assigned To: Rosen, Gerald E
Referral Judge: Morgan, Virginia M
Filed: 03-29-2007 At 12:36 PM
CMP EEOC V. GUARDSMARK, ET AL (TAM)

## IV. NATURE OF SUIT (Select One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ■ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

- Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Select One Box Only)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991

Brief description of cause:
To correct unlawful employment practices on the basis of sex

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions.)
JUDGE _____ DOCKET NUMBER _____

DATE: March 29, 2007

SIGNATURE OF ATTORNEY OF RECORD: *Dale Weaver /ps/*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.    Is this a case that has been previously dismissed?     ☐ Yes   ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.    Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes   ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :