UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

vs.

Case No. 2:07-cv-11380
Hon. Gerald E. Rosen
Referral Judge: Virginia M. Morgan

GUARDSMARK, L.L.C., and FORD MOTOR
COMPANY,

        Defendants.

---

Equal Employment Opportunity Commission
Laurie A. Young, Regional Attorney
Omar Weaver (P58861)
Trial Attorney for Plaintiff
865 Patrick V. McNamara Building
477 Michigan Avenue
Detroit, MI 48226
(313) 226-3407

DICKINSON WRIGHT
Rick A. Haberman (P57269)
Attorney for Defendant, Ford Motor
Company
500 Woodward Avenue, Ste. 4000
Detroit, MI 48226-3425
(313) 223-3676

BARRIS, SOTT, DENN & DRIKER, P.L.L.C.
Stephen E. Glazek (P23186)
Rebecca Simkins Seslar (P54787)
Attorneys for Defendant, Guardsmark, L.L.C.
211 West Fort Street, 15th Floor
Detroit, MI 48226-3281
(313) 965-9725

---

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, through their respective counsel, that the parties have agreed by stipulation to dismiss Guardsmark, L.L.C. and Ford Motor Company from this lawsuit with prejudice and without the award of any costs or attorney's fees.

**SO ORDERED.**

*Stipulated Order of Dismissal With Prejudice - Continued*

                              <u>s/Gerald E. Rosen</u>
                              **Gerald E. Rosen**
                              **United States District Judge**

**Dated:  March 21, 2008**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on March 21, 2008, by electronic and/or ordinary mail.**

                              <u>s/LaShawn R. Saulsberry</u>
                              **Case Manager**

| | |
|---|---|
| BARRIS, SOTT, DENN & DRIKER, P.L.L.C. | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| By: <u>s/Rebecca Simkins Seslar</u><br>     Stephen E. Glazek (P23186)<br>     Rebecca Simkins Seslar (P54787)<br>Attorneys for Defendant, Guardsmark, L.L.C.<br>211 West Fort Street, 15th Floor<br>Detroit, MI 48226-3281<br>(313) 965-9725 | By: <u>s/Omar Weaver (w/Permission)</u><br>     Laurie A. Young, Regional Attorney<br>     Omar Weaver (P58861)<br>Trial Attorney for Plaintiff<br>865 Patrick V. McNamara Building<br>477 Michigan Avenue<br>Detroit, MI 48226<br>(313) 226-3407 |

DICKINSON WRIGHT

By: <u>s/Rick A. Haberman (w/Permission)</u>
     Rick A. Haberman (P57269)
Attorney for Defendant, Ford Motor Company
500 Woodward Avenue, Ste. 4000
Detroit, MI 48226-3425
(313) 223-3676